UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **LORAINE EGGINS** | * | **CIVIL ACTION NO. 1:22-CV-03234** |
| | * | |
| **VERSUS** | * | **JUDGE DEE D. DRELL** |
| | * | |
| **AMERICAN SUMMIT** | * | **MAGISTRATE JUDGE** |
| **INSURANCE COMPANY** | * | **JOSEPH H.L. PEREZ-MONTES** |

## ORDER

**CONSIDERING THE FOREGOING** Joint Motion to Dismiss:

**IT IS ORDERED** that the above-entitled case and all claims therein be and the same are hereby dismissed, with full prejudice, each party to bear their own costs of court.

THUS DONE AND SIGNED at Alexandria, Louisiana, this ___15___ day of September 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT